IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IRVING C. JONES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA VOTER REGISTRATION, et al. | : | NO. 12-2331 |
| | : | |

**O R D E R**

AND NOW, this 15th day of May, 2012, upon consideration of plaintiff's motion to proceed in forma pauperis and his pro se complaint and amended complaint, IT IS ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. Plaintiff's complaint and amended complaint are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B) for the reasons discussed in the Court's accompanying Memorandum.

3. This case shall be marked CLOSED.

BY THE COURT:

/s/ J. William Ditter, Jr.
**J. WILLIAM DITTER, JR., J.**